# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-22975-JEM/BECERRA

STUFFED BEAVER LTD.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.

## REPORT AND RECOMMENDATION ON
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court on the Plaintiff's Motion for Entry of Preliminary Injunction ("Plaintiff's Motion").[1]  ECF No. [9].  Plaintiff, Stuffed Beaver Ltd. ("Stuffed Beaver" or "Plaintiff") moves for entry of a preliminary injunction against the Defendants, Individuals, Partnerships, and Unincorporated Associations Identified listed on Exhibit 1 attached hereto and on Schedule "A" to the Complaint as numbered 1 to 13,[2] 16, 18 to 21, 23 to 32, 34, 36 to 42, 45 to 47, 50 to 52, 54 to 60, 62 to 76, 78 to 87, and 89 to 137 (collectively "Defendants"),[3] and an order restraining the financial accounts used by Defendants pursuant to 15 U.S.C. §§ 1125(a) and 1116, The All Writs Act, 28 U.S.C. § 1651(a), and Federal Rule of Civil Procedure 65.  On September

---

[1] This matter was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge.  ECF No. [15].

[2] Defendants numbered 14 and 15 have not been served as of the date of this report.

[3] Plaintiff voluntarily dismissed Defendants numbered 17, 22, 33, 35, 43, 44, 48, 49, 53, 61, 77, and 88. (ECF No. 23, 24, 28, 29, 45).

19, 2023, the undersigned held a hearing on the Motion, at which only counsel for Plaintiff was present and available to present evidence supporting the Motion.[4] Upon due consideration of the Motion, argument of counsel, the applicable law, and being otherwise fully advised in the premises, it is hereby **RECOMMENDED** that the Motion be **GRANTED**.

## I.  BACKGROUND

Plaintiff is the owner of the trademarks registered with the EUIPO (collectively "SABATON Marks") identified in Exhibit 1 to the Complaint and the Declaration of Paer Sundstroem ("Sundstroem Decl."), ECF No. [9-2]. The SABATON Marks are used in connection with the design, marketing, and distribution of various high-quality goods and merchandise, including but not limited to T-shirts, outerwear, face masks, dog tags, mugs, stickers, patches, and sunglasses. *Id*. at ¶ 5. Plaintiff has expended substantial time, money, and other resources developing, advertising, and otherwise promoting the SABATON Marks. *Id*. at ¶ 8.

Defendants, through the various Internet based e-commerce stores operating under the seller identities identified on Schedule "A" to the Complaint (the "Seller IDs"), ECF No. [8-1], have advertised, promoted, offered for sale, or sold goods using the SABATON Marks and/or Copyrighted Works without authorization. ECF No. [9-2] at ¶ 12. Defendants do not have, nor have they ever had, the right or authority to use the SABATON Marks for any purpose. *Id*. Despite their known lack of authority to do so, Defendants are promoting and otherwise advertising,

---

[4] Prior to the hearing on the Motion, Plaintiff filed Proof of Service for Defendants 1 to 13 and 17 to 137, pursuant to the Court's Order Authorizing Alternate Service of Process. ECF Nos. [12], [44]. Plaintiff's proof of service affirmed that Plaintiff served process on the Defendants identified on Schedule "A" by emailing these Defendants the text of the summons issued in this action and the link http://www.sriplaw.com/notice where the full text of the Complaint, exhibits thereto, Temporary Restraining Order, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service.

distributing, selling and/or offering for sale, through their respective Seller IDs, goods using the SABATON Marks without authorization ("Defendants' Goods"). *Id*.

Although each of the Defendants may not copy and infringe each of the SABATON Marks for each category of goods protected, Plaintiff has submitted evidence showing the Defendants have infringed at least one of the SABATON Marks. *Id*. at ¶ 14. In particular, Plaintiff investigated the promotion and sale of counterfeit and infringing versions of the Plaintiff's branded products by the Defendants. *Id*. at ¶¶ 13-14. Plaintiff's third-party investigator accessed each of the e-commerce stores operating under the Defendants' Seller IDs, initiated the ordering process for the purchase of a product from each of the Seller IDs, bearing counterfeit copies and infringements of Plaintiff's SABATON Marks, and requested each product to be shipped to an address in the Southern District of Florida. *Id*. at ¶¶ 13-15. Plaintiff's investigator conducted a review and visually inspected the Defendants' Goods and determined the products were nongenuine, unauthorized versions of the Plaintiff's products bearing the SABATON Marks. *Id*.

Plaintiff actively polices and enforces its trademarks. *Id*. at ¶ 10. Plaintiff suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time third parties, including Defendants, sell goods using identical or substantially similar unauthorized copies or derivatives of the SABATON Marks. *Id*. at ¶ 11. Given Defendants' counterfeiting and infringement of the SABATON Marks, Defendants' Goods are indistinguishable to consumers, both at the point of sale and post-sale. Plaintiff is suffering irreparable harm and damage by the profit Defendants are deriving by using Plaintiff's SABATON Marks to drive consumers to the e-commerce stores and commercial websites operating under the Seller IDs. *Id*. at ¶ 11.

**II.      LEGAL STANDARD**

To obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the nonmovant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. Rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); see also *Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

### III. ANALYSIS

The declarations the Plaintiff submitted in support of its Motion for Preliminary Injunction support the following conclusions of law:

A.  Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by the Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing and/or using counterfeits and infringements of the SABATON Marks.

B.  Because of the infringement of the SABATON Marks, the Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. The following specific facts, as set forth in the Plaintiff's Complaint, Motion, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to the Plaintiff and to consumers in view of the following considerations:

   1.  Defendants own or control Internet based e-commerce stores and websites which advertise, promote, offer for sale, and sell products bearing counterfeit and infringing trademarks in violation of Plaintiff's rights; and

   2.  There is good cause to believe that more counterfeit and infringing products bearing Plaintiff's trademarks will appear in the marketplace; that consumers are likely to

be misled, confused, and disappointed by the quality of these products; and that the Plaintiff may suffer loss of sales for its genuine products and an unnatural erosion of the legitimate marketplace in which it operates.

C. The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation, and its goodwill as manufacturers and distributors of quality products if such relief is not issued.

D. The public interest favors issuance of a preliminary injunction to protect Plaintiff's trademark interests, to encourage respect for the law, to facilitate the invention and development of innovative products, and to protect the public from being defrauded by the illegal sale of counterfeit goods.

E. Under 15 U.S.C. § 1117(a), the Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through the Defendants' distribution and sales of goods bearing counterfeits and infringements of the SABATON Marks. See *Grupo Mexicano de Desarrollo, S.A. v. Alliance Bond Fund, Inc.,* 527 U.S. 308 (1999).

F. Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d at 987 (citing *Federal Trade Commission v. United States Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

G. In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that Defendants have violated federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Upon review of the Plaintiff's Complaint, Motion, and supporting evidentiary submissions, it is **RECOMMENDED** that the Plaintiff's Motion for Preliminary Injunction be **GRANTED** as to the Defendants, under the terms set forth below:

(1)     Each of the Defendants, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order are restrained and enjoined until further order from this Court as follows:

a.     From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the SABATON Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiff;

b.     From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing and/or using the SABATON Marks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the SABATON Marks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any of the Defendants, including, but not limited to, any assets held by or on behalf of any of the Defendants.

(2)     Each of the Defendants, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order shall immediately discontinue the unauthorized use of the SABATON Marks on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs.

(3)     Each of the Defendants shall not transfer ownership of the Seller IDs during the pendency of this action, or until further Order of the Court.

(4)     Upon receipt of notice of this Order, the Defendants and any third party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms who is providing services for any of the Defendants, including but not limited to, Amazon.com, Bonanza.com, eBay.com, Etsy.com, Wish.com, Custom Domains, and their related companies and affiliates (collectively, the "Third Party Providers"), shall restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for the Defendants' benefit or to be transferred into the Defendants' respective financial accounts, and restrain any other financial accounts tied thereto.  All such restrained funds shall immediately (within 5 business days) be diverted to a holding account for the trust of the Court.  No funds restrained by this Order shall be transferred or surrendered by any Third-Party Provider for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

(5)     Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, receiving notice of this Order, shall further, to the extent not already done, provide Plaintiffs' counsel with all data that details: (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to; (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained; (iii) the historical sales for the defendants' listings that are alleged to infringe Plaintiffs trademarks; and (iv) the true identities along with complete contact information including email addresses of all Defendants.

(6)     Any Defendant or Third-Party Provider subject to this Order may petition the Court to modify the asset restraint set out in this Order.

(7)     This Order shall apply to the Seller IDs, associated ecommerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts which are being used by Defendants for the purpose of counterfeiting and infringing the SABATON Marks at issue in this action and/or unfairly competing with Plaintiff.

(8)     This Order shall remain in effect during the pendency of this action, or until such further dates as set by the Court or stipulated to by the parties.

(9)     Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), the Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which the Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. The bond set forth herein was deposited with the Clerk of the Court on June 8, 2023.

## IV.    OBJECTIONS

A party shall serve and file written objections, if any, to this Report and Recommendation with the United States District Court for the Southern District of Florida, within **THREE (3) DAYS** of being served with a copy of this Report and Recommendation. The undersigned has shortened the objection period because Defendants have not made any appearance in this lawsuit. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this Recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on September 21, 2023

_____
**JACQUELINE BECERRA**
**UNITED STATES MAGISTRATE JUDGE**

# EXHIBIT 1

| Defendant Number | Seller Name | Store URL | ProductUrl | esCountry | Marketplace |
|---|---|---|---|---|---|
| 1 | aohunyu95 | https://www.amazon.co | https://www.amazon.com/sa | CN | Amazon |
| 2 | POULTeeStore | https://www.amazon.co | https://www.amazon.com/dp | IN | Amazon |
| 3 | xianningshijiaojushang | https://www.amazon.co | https://www.amazon.com/dp | CN | Amazon |
| 4 | Qnmdmgl | https://www.amazon.co | https://www.amazon.com/dp | CN | Amazon |
| 5 | KAYGULTeeSpecial | https://www.amazon.co | https://www.amazon.com/dp | KZ | Amazon |
| 6 | Sterlingstore | https://www.amazon.co | https://www.amazon.com/ar | VN | Amazon |
| 7 | MRS A PIKE | https://www.amazon.co | https://www.amazon.com/sa | VN | Amazon |
| 8 | THLO Store | https://www.amazon.co | https://www.amazon.com/dp | VN | Amazon |
| 9 | Trung ha giang 01 | https://www.amazon.co | https://www.amazon.com/dp | VN | Amazon |
| 10 | BAKOMY | https://www.amazon.co | https://www.amazon.com/tu | VN | Amazon |
| 11 | DetachedFashion | https://www.amazon.co | https://www.amazon.com/dp | CN | Amazon |
| 12 | Ton Hoo | https://www.amazon.co | https://www.amazon.com/dp | CN | Amazon |
| 13 | PLAY IT WEAR IT | https://www.amazon.co | https://www.amazon.com/dp | GB | Amazon |
| 16 | rodrigodelgado | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 18 | odin14147 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 19 | 180notout | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 20 | sarah_livesey_0000 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 21 | michalblau | https://www.ebay.com/ | https://www.ebay.com/itm/1 | DE | Ebay |
| 23 | unit34-uk | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 24 | blaesghriorsi91 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 25 | therockinhardplace | https://www.ebay.com/ | https://www.ebay.com/itm/3 | GB | Ebay |
| 26 | beast-inside.shop | https://www.ebay.com/ | https://www.ebay.com/itm/2 | DE | Ebay |
| 27 | lopside-29 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 28 | ori-store | https://www.ebay.com/ | https://www.ebay.com/itm/3 | DE | Ebay |
| 29 | crystalkeso | https://www.ebay.com/ | https://www.ebay.com/itm/1 | VN | Ebay |
| 30 | swel2129 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | GB | Ebay |
| 31 | shires2011 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 32 | billy.mason009 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 34 | eric_mcguigan_2002 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | VN | Ebay |
| 36 | metalscissorhands | https://www.ebay.com/ | https://www.ebay.com/itm/2 | GB | Ebay |
| 37 | black-legion-shop | https://www.ebay.com/ | https://www.ebay.com/itm/3 | DE | Ebay |
| 38 | tamila_patch | https://www.ebay.com/ | https://www.ebay.com/itm/3 | UA | Ebay |
| 39 | douglas_raymond_kas | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 40 | drederick_bryce_dunr | https://www.ebay.com/ | https://www.ebay.com/itm/1 | VN | Ebay |
| 41 | tgraha_11 | https://www.ebay.com/ | https://www.ebay.com/itm/2 | VN | Ebay |
| 42 | kentonev84 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | FR | Ebay |

| | | | | | |
|---|---|---|---|---|---|
| 45 | juliano_estephan_209 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | VN | Ebay |
| 46 | fadyfoxw_92 | https://www.ebay.com/ | https://www.ebay.com/itm/2 | DE | Ebay |
| 47 | zudari1 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 50 | trhaxu0 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 51 | regos_32 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | DE | Ebay |
| 52 | waterset_81 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | DE | Ebay |
| 54 | ngudoanth_86 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | VN | Ebay |
| 55 | zyrihann97 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | DE | Ebay |
| 56 | tu7696 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 57 | xuluon_39 | https://www.ebay.com/ | https://www.ebay.com/itm/2 | VN | Ebay |
| 58 | pl-music | https://www.ebay.com/ | https://www.ebay.com/itm/1 | PL | Ebay |
| 59 | judhbiraw_0 | https://www.ebay.com/ | https://www.ebay.com/itm/2 | ID | Ebay |
| 60 | christopher_hemler_0 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | VN | Ebay |
| 62 | telungatustelusij-0 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | ID | Ebay |
| 63 | dade1872 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | ID | Ebay |
| 64 | musicshack | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 65 | old-stocks | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GR | Ebay |
| 66 | mlsterli-95 | https://www.ebay.com/ | https://www.ebay.com/itm/2 | VN | Ebay |
| 67 | lepu-23 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | ID | Ebay |
| 68 | hoz-records | https://www.ebay.com/ | https://www.ebay.com/itm/2 | DE | Ebay |
| 69 | armo1000 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 70 | ciqi-50 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | ID | Ebay |
| 71 | teutonic-metal-record | https://www.ebay.com/ | https://www.ebay.com/itm/1 | DE | Ebay |
| 72 | badges28lxi | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 73 | stevhaye_97 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 74 | vinylnerds_gmbh | https://www.ebay.com/ | https://www.ebay.com/itm/1 | DE | Ebay |
| 75 | nurta-26 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | ID | Ebay |
| 76 | savage_looks | https://www.ebay.com/ | https://www.ebay.com/itm/1 | NL | Ebay |
| 78 | sithangicollection | https://www.ebay.com/ | https://www.ebay.com/itm/3 | LK | Ebay |
| 79 | juki8511 | https://www.ebay.com/ | https://www.ebay.com/itm/3 | ID | Ebay |
| 80 | bobi2009 | https://www.ebay.com/ | https://www.ebay.com/itm/2 | BG | Ebay |
| 81 | talagabe-12 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | DE | Ebay |
| 82 | rbus-3859 | https://www.ebay.com/ | https://www.ebay.com/itm/1 | DE | Ebay |
| 83 | mms-mymusicstuff | https://www.ebay.com/ | https://www.ebay.com/itm/1 | GB | Ebay |
| 84 | PeacutKiddy | https://www.etsy.com/ | https://www.etsy.com/listing | GB | Etsy |
| 85 | PlayItWearIt | https://www.etsy.com/ | https://www.etsy.com/listing | GB | Etsy |
| 86 | StefanPanajotoff | https://www.etsy.com/ | https://www.etsy.com/listing | CA | Etsy |
| 87 | MakeItElegantStore | https://www.etsy.com/ | https://www.etsy.com/listing/96688341( | | Etsy |
| 89 | MADEFRESH21 | https://www.etsy.com/ | https://www.etsy.com/listing | GB | Etsy |
| 90 | ChocoBoxAU | https://www.etsy.com/ | https://www.etsy.com/listing | AU | Etsy |
| 91 | PaksiArmadaNiaga | https://www.etsy.com/ | https://www.etsy.com/listing | MY | Etsy |
| 92 | altmusicmarket | https://www.etsy.com/ | https://www.etsy.com/listing | GB | Etsy |
| 93 | BeniFashionShop | https://www.etsy.com/ | https://www.etsy.com/listing | BG | Etsy |

| # | Seller | URL 1 | URL 2 | Country | Platform |
|---|---|---|---|---|---|
| 94 | Bordamest | https://www.etsy.com/ | https://www.etsy.com/listing | ES | Etsy |
| 95 | Justinni | https://www.wish.com/ | https://www.wish.com/c/5f9 | CN | Wish |
| 96 | luyanying136 | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 97 | zhangxiuzhen5567 | https://www.wish.com/ | https://www.wish.com/c/605 | CN | Wish |
| 98 | wangcuoyang188 | https://www.wish.com/ | https://www.wish.com/c/609 | CN | Wish |
| 99 | RicScore | https://www.wish.com/ | https://www.wish.com/c/60c | CN | Wish |
| 100 | yangaiqin3638 | https://www.wish.com/ | https://www.wish.com/c/604 | CN | Wish |
| 101 | zhangjunhong321 | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 102 | muzhaobin5236 | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 103 | Litiet | https://www.wish.com/ | https://www.wish.com/c/60c | CN | Wish |
| 104 | ningdan24 | https://www.wish.com/ | https://www.wish.com/c/605 | CN | Wish |
| 105 | mcshoofegcitg | https://www.wish.com/ | https://www.wish.com/c/607 | CN | Wish |
| 106 | YebeishanbD | https://www.wish.com/ | https://www.wish.com/c/60c | CN | Wish |
| 107 | chenwei582 | https://www.wish.com/ | https://www.wish.com/c/604 | CN | Wish |
| 108 | anfengjun5879 | https://www.wish.com/ | https://www.wish.com/c/605 | CN | Wish |
| 109 | weiyunping7890 | https://www.wish.com/ | https://www.wish.com/c/609 | CN | Wish |
| 110 | tangzhengjie12345 | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 111 | zouxiaomao567 | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 112 | shixiuling6688 | https://www.wish.com/ | https://www.wish.com/c/609 | CN | Wish |
| 113 | hknftyuj | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 114 | wangyaning40656856 | https://www.wish.com/ | https://www.wish.com/c/603 | CN | Wish |
| 115 | 30 segundos | https://www.wish.com/ | https://www.wish.com/c/60c | CN | Wish |
| 116 | lilianxi3572 | https://www.wish.com/ | https://www.wish.com/c/608 | CN | Wish |
| 117 | Hanyue426 | https://www.wish.com/ | https://www.wish.com/c/5fd | CN | Wish |
| 118 | lushiju5268 | https://www.wish.com/ | https://www.wish.com/c/605 | CN | Wish |
| 119 | KyleRichardxNhCo | https://www.wish.com/ | https://www.wish.com/c/5ff | CN | Wish |
| 120 | AAloofbyoa | https://www.wish.com/ | https://www.wish.com/c/60c | CN | Wish |
| 121 | toonesrnrimh | https://www.wish.com/ | https://www.wish.com/c/5f9 | CN | Wish |
| 122 | liyanzhen1156 | https://www.wish.com/ | https://www.wish.com/c/609 | CN | Wish |
| 123 | heiowhgoisdjaifhjdha | https://www.wish.com/ | https://www.wish.com/c/60f | CN | Wish |
| 124 | Kennetblaze | https://www.wish.com/ | https://www.wish.com/c/60c | CN | Wish |
| 125 | liruotong2042 | https://www.wish.com/ | https://www.wish.com/c/608 | CN | Wish |
| 126 | chenrong24 | https://www.wish.com/ | https://www.wish.com/c/605 | CN | Wish |
| 127 | lvmengmeng2595 | https://www.wish.com/ | https://www.wish.com/c/618 | CN | Wish |
| 128 | Yyharkl | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 129 | feservxlf | https://www.wish.com/ | https://www.wish.com/c/606 | CN | Wish |
| 130 | zhangruilan568 | https://www.wish.com/ | https://www.wish.com/c/605 | CN | Wish |
| 131 | CaesarJuliaqPtEbN | https://www.wish.com/ | https://www.wish.com/c/5ff | CN | Wish |
| 132 | Dreemys | https://www.wish.com/ | https://www.wish.com/c/61a | FR | Wish |
| 133 | glazingmotphvro | https://www.wish.com/ | https://www.wish.com/c/600 | CN | Wish |
| 134 | osiduurnjf | https://www.wish.com/ | https://www.wish.com/c/5ee | CN | Wish |
| 135 | fanjinping | https://www.wish.com/ | https://www.wish.com/c/5f8 | CN | Wish |
| 136 | british_military_unifor | https://www.ebay.co.uk | https://www.ebay.co.uk/itm/ | PK | Ebay (co.uk) |
| 137 | longxin_abc | https://www.ebay.de/st | https://www.ebay.de/itm/39 | CN | Custom domain |